**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Mann Inn, Inc.**         Case No.  **10-34287-SGJ-7**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Capital One Bank<br>P.O. Box 4539<br>Houston, TX 77210 | | Line of Credit | | $49,905.00 |
| Capital One Bank<br>P.O. Box 4539<br>Houston, TX 77210 | | Line of Credit | | $40,388.57 |
| Wyndham Hotel Group, Inc.<br>c/o Allen Maxwell & Silver<br>190 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | | Commissions | *Disputed* | $37,072.52 |
| Home Depo Credit<br>P.O. Box 6925<br>The Lakes, NV 88901 | | Line of Credit | | $29,500.00 |
| City of Austin Utilities<br>P.O. Box 2267<br>Austin, TX 78783-2267 | | Utility | | $29,455.72 |
| Premium Assignment Co.<br>P.O. Box 3100<br>Tallahassee, FL 32315 | | Insurance | | $29,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Mann Inn, Inc.**　　　　　　　　　　　　　　　Case No. **10-34287-SGJ-7**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Home Depot Business Master Citibank (South Dakato) NA c/o LTD Financial Services, L.P. 7322 Southwest Freeway, Suite 1600 | | Credit Card | | $27,443.47 |
| Chase Bank USA, N.A. c/o NCO Financial Systems, Inc. P.O. Box 15630 Dept. 81 Wilmington, DE 19850 | | Credit Card | | $23,175.96 |
| Capital One Bank P.O. Box 60599 City of Industry, CA 91716 | | Line of Credit | | $20,000.00 |
| City of Mesquite Utilities P.O. Box 850287 Mesquite, TX 75185 | | Utility | | $14,704.11 |
| TXU Energy P.O. Box 650638 Dallas, TX 75265-0638 | | Utility | | $13,851.79 |
| Premium Assignment Co. P.O. Box 3100 Tallahassee, FL 32315 | | Insurance | | $6,700.00 |
| Time Warner Cable P.O. Box 85100 Austin, TX 78708 | | Utility | | $4,200.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: **Mann Inn, Inc.**  Case No. **10-34287-SGJ-7**

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AT&T<br>P.O. Box 5093<br>Carol Stream, IL 60197-5093 | | Utility | | **$3,000.00** |
| American Express<br>c/o NCO Financial Systems, Inc.<br>P.O. Box 15630<br>Dept. 03<br>Wilmington, DE 19850 | | Credit Card | | **$2,859.62** |
| Atmos Energy<br>P.O. Box 790311<br>St. Louis, MO 63179 | | Utility | | **$2,373.62** |
| Jorge Munoz Enterprises, Inc.<br>105 Bridle Path<br>Kyle, TX 78640 | | Contract Services | *Disputed* | **$2,373.02** |
| American Hotel Register Co.<br>c/o Slater, Tenagila, Fritz & Hunt, PA<br>P.O. Box 5476<br>Mt. Laurel, NJ 08054 | | Hotel Supplies | *Disputed* | **$2,329.39** |
| Innovating, I.T. Solutions<br>941 South First St.<br>Austin, TX 78748 | | IT Services | *Disputed* | **$2,000.00** |
| Ameritel Financial Services<br>P.O. Box 13604<br>Philadelphia, PA 19101 | | Phone Equipment Lease | | **$1,946.12** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Mann Inn, Inc.**                                              Case No.  **10-34287-SGJ-7**

                                                                        Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **06/22/2010**                              Signature:  **/s/ Jit R. Mann**
                                                              *Jit R. Mann*
                                                              **President**